IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACK S. BOYCE                                                                                      PLAINTIFF

VS.                             Civil Case No. 4:06CV00377 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 25th day of September, 2007.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE